IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bridget, Glen

Printed: 9/3/08

Case Number: 05 B 00931
Judge: Wedoff, Eugene R
Filed: 1/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,500.00 |  |
| Secured: |  | 4,784.80 |
| Unsecured: |  | 543.50 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,572.70 |
| Trustee Fee: |  | 399.00 |
| Other Funds: |  | 200.00 |
| Totals: | 8,500.00 | 8,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,572.70 | 2,572.70 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Midfirst Bank | Secured | 12,118.09 | 4,784.80 |
| 4. | Peoples Energy Corp | Unsecured | 9,474.58 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,685.00 | 543.50 |
| 6. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Credit Collection | Unsecured |  | No Claim Filed |
| 9. | Linebarger Goggan Blair Pena & Samp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,850.37 | $ 7,901.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 76.00 |
| 3% | 36.00 |
| 5.5% | 198.00 |
| 4.8% | 14.40 |
| 5.4% | 48.60 |
| 6.5% | 26.00 |
|  | _____ |
|  | $ 399.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Bridget, Glen | Case Number:  05 B 00931 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/3/08 | Filed:  1/12/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

